Date signed April 07, 2010



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Eva Diannah Muiruri | * | Case No.   10-12370-TJC |
| | * | Chapter   7 |
| | * | |
| | * | Creditor   - Wells Fargo Financial |
| | * | National Bank |
| Debtor | * | Reaffirmation  - Docket No. 26 |

**DETERMINATION OF NO UNDUE HARDSHIP
BY REBUTTAL IN WRITING OF PRESUMPTION**

Upon review of the above identified Reaffirmation Agreement, and the affidavit filed at Docket No. 35, and the court finding that no hearing is necessary for this determination, it is by the United States Bankruptcy Court for the District of Maryland,

Determined that the presumption of undue hardship has been rebutted by the debtor's written statement.

2

cc:    Debtor
        Debtor's Counsel  - Sharon C. Chu
        Creditor - Wells Fargo Financial National Bank
        Trustee - Cheryl E. Rose

**End Of Order**